UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:06CV1343(CEJ) ) |
| DESIGN & CONSTRUCTION SERVICES, INC., et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

**IT IS HEREBY ORDERED** that the Rule 16 Scheduling Conference in this matter is continued to **Thursday, February 1, 2007 at 10:15 A.M.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 11th day of January, 2007.