UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES FIDELITY AND )
GUARANTY COMPANY, )
 )
       Plaintiff, )
 )
  vs. )  No. 4:06-CV-1343 (CEJ)
 )
DESIGN & CONSTRUCTION )
SERVICES, INC. et al., )
 )
       Defendants. )

### ORDER

**IT IS HEREBY ORDERED** that the parties shall submit complete transcripts of all deposition testimony that is cited in support of or in opposition to a motion. Excerpted portions of a witness's deposition testimony will not be considered by the Court absent a showing of good cause for not submitting the entire transcript.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 1st day of February, 2007.